IN RE ANNEXATION ORDINANCE

No. 3 PC.

No. 111 (Spring Term).

Case below: 44 N.C. App. 274.

Petition by citizens and residents of Stanly County for discretionary review under G.S. 7A-31 allowed 5 March 1980.

IN RE DAIRY FARMS

No. 43.

Case below: 43 N.C. App. 459.

Motion of Milk Commission for reconsideration allowed 5 March 1980. Order of Supreme Court dated 5 February 1980 (299 N.C. 330) allowing motion of Dairy Farms to dismiss appeal for lack of substantial constitutional question vacated and set aside 5 March 1980.

IN RE GARRISON

No. 190 PC.

Case below: 44 N.C. App. 158.

Petition for discretionary review under G.S. 7A-31 denied 5 March 1980. Appeal dismissed 5 March 1980.

PHILLIPS v. WOXMAN

No. 162 PC.

Case below: 43 N.C. App. 739.

Petition by defendants Banks for discretionary review under G.S. 7A-31 denied 5 March 1980.

ROBERTSON v. CONSTRUCTION CO.

No. 6 PC.

Case below: 44 N.C. App. 335.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 March 1980.